**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Domain of Science Ltd

Plaintiff,

v.

Case No.: 1:26−cv−11944
Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 10, 2026:

MINUTE entry before the Honorable Edmond E. Chang:Pursuant to the notice of voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice. If the Plaintiff refiles the claim against the same Defendant, then the Plaintiff must note on the Civil Cover Sheet that it is a refiling of a previously dismissed case. Status hearing of 11/13/2026 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.